IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )  CRIMINAL FILE NO.<br>)  1:19-cr-00029-WMR-JSA-1<br>VENKATESH DAGUBATTI,            )<br>   Defendant.                                 ) | |

## ORDER

This matter is before the Court on Defendant's pro se Motion to Withdraw Jeffrey Ertel as Attorney (Doc. 74). The motion is hereby GRANTED. The Clerk of Court is directed to refer this matter to the Magistrate Judge for appointment of counsel for appeal proceedings. The Clerk shall also mail a copy of this order to Defendant.

SO ORDERED this 22nd day of December, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE