# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:19-cr-00029-WMR-JSA

VENKATESH DAGUBATTI,
    Defendant.

## ORDER APPOINTING COUNSEL

This matter was referred to the undersigned for appointment of counsel for appeal proceedings.

Accordingly, Saraliene Durrett is hereby appointed to represent this defendant in the above-captioned case.

Dated at Atlanta, Georgia this 4th day of January, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE