# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VENKATESH DAGUBATTI | CRIMINAL CASE NO.<br><br>1:19-cr-00029-WMR-JSA |

## ORDER AMENDING JUDGMENT & COMMITMENT

It is hereby **ORDERED AND ADJUDGED** that the Criminal Monetary Penalties sheet of the Judgment and Commitment heretofore rendered on December 4, 2020 [Doc. No. 67] be AMENDED on page 6 as follows:

### Restitution

Restitution is owed in the amount of $2,000.00, made payable to the Clerk of Court for the Northern District of Georgia for distribution to the following victims:

| **VICTIM:** | **AMOUNT ORDERED:** |
|---|---|
| Marsh Law Firm PLLC in trust for Andy<br>Marsh Law Firm PLLC<br>Attn: Andy<br>548 Market St. #65135<br>San Francisco, CA 94104-5401 | $1,000.00 |
| Deborah A. Bianco, in trust for Kauzie<br>14535 Bellevue-Redmond Rd., Ste. 201<br>Bellevue, WA 98007 | $1,000.00 |
| TOTAL: | $2,000.00 |

**IT IS FURTHER ORDERED** that the Judgment and Commitment remain the same in every other respect.

**SO ORDERED**, this 22nd day of March, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE