DEFENDANT:  Venkatesh Dagubatti
CASE NUMBER:  1:19-cr-00029-WMR-JSA-1

Judgment -- Page **2** of **6**

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:  **120 months as to Counts 1-2, to run concurrently.**

The defendant is remanded to the custody of the United States Marshal.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 9 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on ___*1-5-21*___ to ___*Core Civic*___

at ___*McRae*___ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

*Core Civic Bus Sgt*

_____
DEPUTY UNITED STATES MARSHAL